**CRIMINAL CASE COVER SHEET**        **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**

City Parchman

County Sunflower

**Related Case Information:**

Superseding: ☐ Yes ☑ No   If yes, Case No. 4:14CR

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name James Milton Dean

Alias Name JD

Address _____

DOB 1973   SS# *****1310   Sex M   Race White   Nationality US

Represented by: _____

**U.S. Attorney Information:** AUSA Scott Leary    Bar # 8985

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes ☐ No    In Custody ☑ Yes ☐ No

Federal _____ State MS    Date of Arrest _____

Location Lafayette County Detention Center; Oxford, MS

**U.S.C. Citations**

Total # of Counts 3    ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:1961.F | RICO Conspiracy | 1 |
| Set 2 18:1959A.F | VICAR Kidnapping | 3 |
| Set 3 18:1959A.F | VICAR Murder | 4 |
| Set 4 | | |

Date: _____    Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)     4:14CR141